**Order entered March 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01181-CV

**MARVIN LAWRY, JR., Appellant**

**V.**

**MONIKA LAWRY, ET AL., Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-15571**

## ORDER

We **GRANT** appellant's second unopposed motion for extension of time to file brief and

**ORDER** the brief be filed no later than April 2, 2015.

We note the motion does not contain a certificate of service. We remind appellant that,

pursuant to Texas Rule of Appellate Procedure 9.5, any document filed with the Court must be

served on all parties to the appeal, and the document must contain a proof of service in the form

of an acknowledgment of service by the person served or a certificate of service. *See* TEX. R.

APP. P. 9.5.

/s/    CRAIG STODDART
JUSTICE